AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) |
| v. | ) |
| ALEXANDER SCOTT MERCURIO, | ) Case No. 2:24-mj-00091-DKG |
| | ) |
| Defendant | ) |

**RECEIVED**
By United States Marshals Service at 12:28 pm, Apr 09, 2024

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALEXANDER SCOTT MERCURIO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2339B PROVIDING MATERIAL SUPPORT OR RESOURCES TO DESIGNATED FOREIGN TERRORIST ORGANIZATION, see affidavit in support of a probable cause arrest and Criminal Complaint in 1:24-mj-00091-DKG.

Date: 04/08/2024

*Issuing officer's signature*

City and state:  Boise, ID

Hon. Debora K. Grasham, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/9/2024 , and the person was arrested on *(date)* 4/8/2024
at *(city and state)* Coeur d'Alene, ID .

Date: 4/10/2024

*Arresting officer's signature*

Signing on behalf of arresting FBI SA
*Printed name and title*